**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ARI PARRILLO,

Plaintiff,

vs.

MOTT 32 LAS VEGAS, LLC, *et al.*,

Defendants.

Case No.: 2:26-cv-01628-GMN-NJK

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 4), of United States Magistrate Nancy J. Koppe, which recommends denying Plaintiff's application to proceed *in forma pauperis* and ordering Plaintiff to pay the filing fee by a date certain.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 4) (setting a June 1, 2026, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 4), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's application to proceed *in forma pauperis*, (ECF No. 1), is **DENIED**.

**IT IS FURHER ORDERED** that Plaintiff must pay the filing fee no later than August 25, 2026. **Failure to pay the filing fee by the deadline will result in the dismissal of this case.**

Dated this 29 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court